IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 21- |
| v. | : | DATE FILED: June 29, 2021 |
| JACOB DEAN ROBOTIN<br>a/k/a "Josie Robotin" | :<br>: | VIOLATION:<br>26 U.S.C. § 5861(d) (possession of<br>an unregistered firearm - 1 count) |

## INDICTMENT

## COUNT ONE

THE GRAND JURY CHARGES THAT:

On or about December 31, 2020, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**JACOB DEAN ROBOTIN,**
a/k/a "Josie Robotin,"

knowingly possessed a firearm, that is, a destructive device in the form of a homemade firebomb, also known as a "Molotov cocktail," and a combination of parts designed and intended for conversion into such a destructive device and from which such destructive device may be readily assembled, which was not registered to defendant ROBOTIN in the National Firearms Registration and Transfer Record, as required by Title 26, United States Code, Section 5841.

In violation of Title 26, United States Code, Sections 5845(a)(8), 5845(f)(1), (f)(3), 5861(d), and 5871.

A TRUE BILL:

███████████
—————————————
GRAND JURY FOREPERSON

_[signature]_ for
JENNIFER ARBITTIER WILLIAMS
Acting United States Attorney

No. _ _ _ _ _ _ _ _ _ _

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania
<u>Criminal Division</u>

THE UNITED STATES OF AMERICA

vs.

JACOB DEAN ROBOTIN

INDICTMENT

26 U.S.C. §5861(d) (possession of an unregistered firearm-1 count)

A true bill



Foreman

Filed in open court this 29 day,
Of JUNE A.D. 20 21

Clerk

Bail, $