PS 8
Rev. 10/2005

# UNITED STATES DISTRICT COURT
## for the
### EASTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Jacob Robotin                                              Docket No. 2:21-CR-250

Petition for Action on Conditions of Pretrial Release

      COMES NOW, Charles G. Meissler III, U.S. Pretrial Services Officer, presenting an official report upon the conduct of Jacob Robotin, who was placed under pretrial release supervision by the Honorable Marilyn Heffley sitting in the Court at Philadelphia, on June 15, 2021, under the following conditions:

1. Report to Pretrial Services as directed.
2. Travel restricted to Eastern District of Pennsylvania, unless prior permission is granted by Pretrial Services.
3. Refrain from excessive use of alcohol or controlled substances unless prescribed by a licensed medical practitioner.
4. Random drug testing as directed by Pretrial Services.
5. Submit to drug treatment as directed by Pretrial Services.
6. Participate in mental health treatment as directed by Pretrial Services.
7. Surrender/ Refrain from possessing passport.
8. Seek/maintain employment.
9. Surrender /Refrain from possessing any firearms. The defendant must sell, transfer or surrender her firearm within 24 hours of her release on supervision and provide Pretrial Services documentation.
10. Defendant shall have no contact with co-defendants, potential witnesses in this case, or individuals engaged in any criminal activity. If the defendant has a family member who is a potential witness, the defendant may have contact but cannot discuss this case.
11. Participate in the Location Monitoring Program via Curfew. You are restricted to your residence every day as directed by the pretrial services office or supervising officer.
12. Maintain residence at 212 Lawnton Road Willow Grove, PA.

      Respectfully presenting petition for action of Court and for cause as follows:

As noted in the attached Release Status Report, the defendant is scheduled to enter a guilty plea in this matter on April 28, 2022. The defendant has maintained full compliance with conditions of pretrial release.

Assistant U.S. Attorney Vineet Guari and Defense Counsel Marni Jo Snyder have noted no objection to the modifications recommended below provided the defendant enters a guilty plea.

PRAYING THAT THE COURT WILL ORDER

1. The removal of Location Monitoring-Curfew condition.
2. The defendant's residential condition is modified allowing the defendant to reside at an address approved by U.S. Pretrial Services.
3. All other conditions remain in effect.

ORDER OF COURT

Considered and ordered this __28th__ day of __April__, 20__22__ and ordered filed and made a part of the records in the above case.

S/ JOHN R. PADOVA

The Honorable John R. Padova
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

*Charles G. Meissler III*

Charles G. Meissler III
U.S. Pretrial Services Officer

Place: Philadelphia

Date: April 28, 2022